

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Justin Eugene Clark, Appellant

No. 06-13-00156-CR      v.

The State of Texas, Appellee

Appeal from the 204th District Court of Dallas County, Texas (Tr. Ct. No. F-1262793-Q). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

       As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the deadly weapon finding in the judgment to merely state "YES." As modified, the judgment of the trial court is affirmed.

       We note that the appellant, Justin Eugene Clark, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 21, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk